IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEPHEN E. LUHRS,

    Plaintiff,

vs.	CASE NO.: 4:04cv297-SPM/AK

INTEGRIS INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Report (doc.37) advising that this case has settled and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 26th day of September, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge